The Honorable_____

FILED _____ ENTERED
_____ LODGED_____ RECEIVED

JAN 2 2 2003   KN

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CV 03-115  #1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

# C03-0115ℓ

BAINBRIDGE MANUFACTURING, INC., )
a Washington corporation, )
　　　　　　　　　　　　　　　　）
　　　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　）
　　v. )
　　　　　　　　　　　　　　　　）
ADJUSTABLE CLAMP COMPANY, an )
Illinois corporation, )
　　　　　　　　　　　　　　　　）
　　　　　　　Defendant. )
　　　　　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　）
_____ )

Civil Action No.

COMPLAINT FOR TRADEMARK
INFRINGEMENT, FALSE DESIGNATION
OF ORIGIN, UNFAIR COMPETITION,
UNFAIR BUSINESS PRACTICES,
FEDERAL TRADEMARK DILUTION,
AND STATE TRADEMARK DILUTION

DEMAND FOR JURY TRIAL

Plaintiff Bainbridge Manufacturing, Inc., for its Complaint herein, alleges as follows:

## **NATURE OF ACTION**

1.　　　This is an action for trademark infringement, unfair competition, unfair business

practices, and trademark dilution in violation of the Lanham Act, 15 U.S.C. § 1051 *et seq.*, the

COMPLAINT; AND
JURY DEMAND.................................... 1

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

Washington State trademark dilution state, R.C.W. § 19.77.060, the Washington Consumer Protection Act, R.C.W. § 19.86.020, and the common law.

## THE PARTIES

2.     Plaintiff Bainbridge Manufacturing, Inc. ("Bainbridge" or "Plaintiff") is a Washington corporation having an address at P.O. Box 847, Waterville, Washington 98858.

3.     Upon information and belief, Defendant Adjustable Clamp Company is an Illinois corporation with an address at 417 N. Ashland Avenue, Chicago, Illinois 60622.

## JURISDICTION AND VENUE

4.     This court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, 28 U.S.C. §§ 1331, 1332, and 1338, as well as 28 U.S.C. § 1367(a), which provides for supplemental jurisdiction over related state law claims.

5.     Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391, *et seq*. Defendant is promoting, offering for sale and/or selling its goods in this district in association with the infringing mark, and a substantial part of the injury to Plaintiff's property that is the subject of this action occurs in this district.

## FACTS

6.     Bainbridge is a leading manufacturer of hardware used in the manufacture of cabinets, closets and furniture.

COMPLAINT; AND
JURY DEMAND.................................... 2

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

7.     As early as June 6, 1967, Bainbridge adopted and used the mark CABINET MASTER, has continuously used the mark since that time, and is currently using the mark in commerce, as a trademark for cabinet hardware.

8.     Bainbridge is the owner of United States Trademark Registration No. 880,749 for the trademark CABINET MASTER for cabinet hardware—namely, door and drawer pulls, door catches, shelf supports, an drawer guides and glides. A copy of the registration is attached hereto as Exhibit A.

9.     Since its initial use of the mark, Bainbridge has conducted substantial business in connection with the CABINET MASTER mark, and has conducted substantial advertising and promotion of the CABINET MASTER mark.

10.    As a result of Bainbridge's thirty-five years of use and promotion of its CABINET MASTER mark in connection with its business and products, the mark has become famous with the relevant purchasing public and is recognized as identifying Bainbridge's high-quality cabinet hardware. The CABINET MASTER mark and the goodwill associated therewith are valuable assets of Bainbridge.

11.    Defendant has used, and is continuing to use, the infringing mark CABINET MASTER for metal bar clamps used and promoted specifically for cabinet-making and other woodworking projects. Attached hereto as Exhibit B are copies of pages from the Amazon.com website showing and offering for sale Defendant's CABINET MASTER clamps.

12.    Upon information and belief, Defendant has applied to register the mark CABINET MASTER with the United States Patent and Trademark Office and is the owner of pending United States Trademark Application Serial No. 76/264,039 for CABINET MASTER

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

for hand tools, namely clamps. A copy of the USPTO TARR report for this application is attached hereto as Exhibit C.

13.    Defendant is promoting, marketing and offering its CABINET MASTER brand clamps for sale in interstate commerce in the State of Washington and elsewhere in the United States.

14.    Defendant's clamps are closely related to Plaintiff's products in that they are all used by the same consumers to make the same cabinets and other furniture. The parties' products travel through the same channels and are sold to the same types of customers. Upon information and belief, Defendant has acted with actual and/or constructive knowledge of Bainbridge's rights.

15.    Upon information and belief, Defendant has carried out these acts with knowledge of Bainbridge's rights and in conscious disregard of Bainbridge's rights.

## FIRST COUNT – TRADEMARK INFRINGEMENT

16.    Plaintiff repeats and realleges each of the allegations contained in paragraphs 1 through 15 of this Complaint.

17.    Defendant's use of the CABINET MASTER mark, which is identical to Bainbridge's registered trademark CABINET MASTER, is likely to cause confusion and mistake. Such use by Defendant of the infringing CABINET MASTER mark deceives, and is likely to deceive, others into believing that Defendant's goods are sponsored by, approved by, or affiliated with Plaintiff.

COMPLAINT; AND
JURY DEMAND.................................... 4

18.     Plaintiff has notified Defendant of Plaintiff's rights in the CABINET MASTER mark. Despite such actual and/or constructive knowledge of Plaintiff's rights, Defendant has continued its infringing behavior.

19.     Defendant's acts violate the Lanham Act, 15 U.S.C. § 1114.

20.     Plaintiff has been and continues to be damaged in a manner that cannot be fully measured or compensated in economic terms and for which there is no adequate remedy at law. The actions of Defendant have damaged and will continue to damage Plaintiff's market, reputation, and goodwill. Such irreparable harm will continue unless Defendant's acts are restrained and/or enjoined during the pendency of this action and thereafter.

21.     Plaintiff has been damaged by Defendant's actions in an amount to be proven at trial.

## SECOND COUNT – FALSE DESIGNATION OF ORIGIN

22.     Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1 through 21 of this Complaint.

23.     Defendant's use of the infringing CABINET MASTER mark constitutes false designation of origin, false or misleading description, and/or false or misleading representation. Such unauthorized use causes, and is likely to cause, confusion, mistake, or deception of others, as to the affiliation, connection, or association of Defendant with Bainbridge and vice versa, and also causes, and is likely to cause, confusion, mistake, or deception as to the origin, sponsorship, or approval of the goods of Defendant with those of Bainbridge, and vice versa.

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

24.   Such false designation, description, and/or representation constitutes unfair competition and is an infringement of Bainbridge's rights in its CABINET MASTER mark in violation of the Lanham Act, 15 U.S.C. § 1125(a).

25.   Defendant knew, or should have known, of Bainbridge's rights, and Defendant's false description, false representation, and false designation of origin were knowing, willful, and deliberate, making this an exceptional case within the meaning of 15 U.S.C. § 1117.

26.   Bainbridge has been, and will continue to be, damaged by such false description, false representation, and false designation of origin in a manner and amount that cannot be fully measured or compensated in economic terms.  Defendant's actions have damaged, and will continue to damage, Bainbridge's market, reputation, and goodwill, and may discourage current and potential customers from dealing with Bainbridge.  Such irreparable harm will continue unless Defendant's acts are restrained and/or enjoined during the pendency of this action and thereafter.

27.   Bainbridge has been damaged by Defendant's actions in an amount to be proven at trial.

## THIRD COUNT – UNFAIR COMPETITION

28.   Bainbridge repeats and realleges each of the allegations set forth in paragraphs 1 through 27 of this Complaint.

29.   The improper use by Defendant of a trademark confusingly similar to the trademark of Plaintiff Bainbridge, Defendant's misappropriation of Bainbridge's trademark,

COMPLAINT; AND
JURY DEMAND.................................... 6

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

and other unfair activities constitute unfair competition and a violation of the common law rights of Plaintiff Bainbridge.

30.     The foregoing activities were, and are, likely to cause confusion or mistake among consumers as to the origin or affiliation of Defendant's unauthorized and imitation products. The unfair competition of Defendant has caused, and will cause, irreparable injury and damage to the business, reputation, and goodwill of Plaintiff Bainbridge. Such irreparable injury will continue unless the acts of Defendant are enjoined during the pendency of this action and thereafter.

## FIFTH COUNT – VIOLATION OF THE WASHINGTON STATE

## CONSUMER PROTECTION ACT

31.     Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1 through 30 of this Complaint.

32.     The use by Defendant of the infringing mark CABINET MASTER infringes Plaintiff's CABINET MASTER mark and constitutes an unfair method of competition in business and an unfair trade practice in business, as well as a fraudulent representation, which are damaging to the public interest in violation of the Washington Consumer Protection Act, R.C.W. § 19.86.020.

33.     The use by Defendant of a mark that infringes Plaintiff Bainbridge's trademark in connection with the sale of goods used for manufacturing cabinets has been knowing, willful, and deliberate.

COMPLAINT; AND
JURY DEMAND.................................... 7

SEED INTELLECTUAL PROPERTY LAW GROUP PLLC
701 FIFTH AVENUE, SUITE 6300
SEATTLE, WASHINGTON 98104-7092
(206) 622-4900

34.     Plaintiff has been and will continue to be irreparably injured by reason of Defendant's unfair methods of competition and unfair trade practices in violation of the Washington Consumer Protection Act. Such irreparable injury will continue unless the acts of Defendant are enjoined during the pendency of this action and thereafter.

35.     Bainbridge has been damaged by Defendant's actions in an amount to be proven at trial.

### SIXTH COUNT – FEDERAL TRADEMARK DILUTION

36.     Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1 through 35 of this Complaint.

37.     As a result of Bainbridge's thirty-five years of use and promotion of the CABINET MASTER trademark for cabinet hardware, the CABINET MASTER mark has become famous in the relevant marketplace in Washington and elsewhere. Bainbridge's sales and promotion of products under its CABINET MASTER mark have been substantial and extensive.

38.     Defendant's unauthorized use of the mark CABINET MASTER constitutes a commercial use in commerce and dilutes the distinctive quality of Bainbridge's famous CABINET MASTER trademark. Upon information and belief, Defendant willfully intended to trade on Bainbridge's reputation and to cause the dilution of the aforementioned trademark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

39.     Bainbridge has been, and will continue to be, damaged by Defendant's dilution of the CABINET MASTER trademark that cannot be fully measured or compensated in

COMPLAINT; AND
JURY DEMAND.................................... 8

economic terms.   Defendant's actions have damaged, and will continue to damage, Bainbridge's business, market, reputation, and goodwill, and may discourage current and potential customers from dealing with Bainbridge.   Such irreparable harm will continue unless Defendant's acts are restrained and/or enjoined during the pendency of this action and thereafter.

40.   Bainbridge has been damaged by Defendant's actions in an amount to be proven at trial.

## SEVENTH COUNT – STATE TRADEMARK DILUTION

41.   Plaintiff repeats and realleges each of the allegations set forth in paragraphs 1 through 40 of this Complaint.

42.   The CABINET MASTER trademark as used in connection with Bainbridge's goods has become famous in the relevant marketplace in Washington through Bainbridge's thirty-five years of substantially exclusive and continuous use.   Bainbridge's sales and promotion of products under the mark have been substantial and extensive.

43.   Defendant's unauthorized use of the CABINET MASTER mark causes dilution of the distinctive quality of the CABINET MASTER trademarks in violation of R.C.W. § 19.77.160.

44.   Upon information and belief, Defendant willfully intended to trade on Bainbridge's reputation and cause the dilution of Bainbridge's trademark rights.

45.   Bainbridge has been, and will continue to be, damaged as a result of Defendant's dilution of the CABINET MASTER trademarks and Bainbridge's trademark rights in a manner

COMPLAINT; AND
JURY DEMAND.................................... 9

and amount to be proven at trial and that cannot be fully measured or compensated in economic terms. Defendant's actions have damaged, and will continue to damage, Bainbridge's business, market, reputation, and goodwill, and may discourage current and potential customers from dealing with Bainbridge. Such irreparable harm will continue unless Defendant's acts are restrained and/or enjoined during the pendency of this action and thereafter.

46.     Bainbridge has been damaged by Defendant's actions in an amount to be proven at trial.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.     That Defendant and its officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them, be enjoined and restrained during the pendency of this action and permanently thereafter from using the mark or designation CABINET MASTER or any confusingly similar mark in connection with the marketing or sale of Defendant's goods;

2.     That Defendant and its officers, agents, servants, employees, attorneys and all other persons in active concert or participation with any of them, be enjoined and restrained during the pendency of this action and permanently thereafter from all acts of false description and representation and false designation of origin, all acts of unfair competition and unfair business practices, including the marketing, promotion and sale of clamps in a manner that is likely to cause confusion, to cause mistake, to deceive, including the use of any mark that is confusingly similar to Plaintiff's trademarks;

COMPLAINT; AND
JURY DEMAND.................................... 10

3.     That Defendant be directed to withdraw its pending application for registration of the CABINET MASTER mark and to refrain from seeking to register or use on woodworking tools and parts any mark incorporating the words "CABINET MASTER;"

4.     That Defendant be directed to file with this Court and serve on Plaintiff's counsel within thirty (30) days after the service of an injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction;

5.     That Defendant be required to pay Plaintiff such damages as Plaintiff has sustained, or will sustain, in consequence of Defendant's trademark infringement, false designation of origin, unfair competition, unfair business practices, and trademark dilution, and to account for all gains, profits, and advantages derived by Defendant that are attributable to such unlawful acts; and that such damages be trebled as provided by 15 U.S.C. § 1117 and R.C.W. § 19.86.090;

6.     That the Court adjudge this to be an exceptional case and require the Defendant to pay over to Plaintiff the cost of this action, including reasonable attorneys fees and interest as provided by 15 U.S.C. § 1117 and R.C.W. § 19.86.090;

7.     That Defendant be ordered to pay Plaintiff prejudgment and post judgment interest on all sums allowed by law;

8.     That this Court order that all infringing promotional materials, products, and other materials of Defendant or in the possession of Defendant that are similar in appearance to Plaintiff's promotional materials or likely to cause confusion, to cause mistake, or to deceive, be delivered to Plaintiff and destroyed pursuant to 15 U.S.C. § 1118; and

COMPLAINT; AND
JURY DEMAND.................................... 11

9.     That Plaintiff have such other and further relief as the Court may deem equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

DATED this 22ND day of January, 2003.

Respectfully submitted,

SEED Intellectual Property Law Group PLLC


Kevin S. Costanza, WSBA No. 25,153
Timothy L. Boller, WSBA No. 29079
701 Fifth Avenue, Suite 6300
Seattle, Washington 98104-7092
(206) 622-4900

Attorneys for Plaintiff
BAINBRIDGE MANUFACTURING, INC.

350193_1.DOC

COMPLAINT; AND
JURY DEMAND.................................. 12

Int. Cl.: 6

Prior U.S. Cl.: 13

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 880,749

Registered Nov. 18, 1969

Renewal Term Begins Nov. 18, 1999

## TRADEMARK
## PRINCIPAL REGISTER

## CABINET MASTER

BAINBRIDGE MANUFACTURING, INC.
(WASHINGTON CORPORATION)
7873 NORTHEAST DAY RD.
BAINBRIDGE ISLAND, WA 98110

THE WORD "CABINET" IS DIS-
CLAIMED APART FROM THE MARK
AS SHOWN.

FOR: CABINET HARDWARE—
NAMELY, DOOR AND DRAWER
PULLS, DOOR CATCHES, SHELF SUP-
PORTS, AND DRAWER GUIDES AND
GLIDES, IN CLASS 13 (INT. CL. 6).

FIRST USE 6-9-1967; IN COMMERCE
6-9-1967.

SER. NO. 72-301,028, FILED 6-21-1968.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Apr. 11, 2000.*

**EXHIBIT A**

COMMISSIONER OF PATENTS AND TRADEMARKS

Case 2:03-cv-00115-BJR Document 1 Filed 01/22/03 Page 16 of 22



**Super Saver Shipping FREE on orders over $25**

SEARCH

Tools & Hardware
**GO!**

**PRODUCT INFORMATION**

**Explore this item**

**buying info**

editorial reviews

customer reviews

rate this item

**See more of the brand**

Jorgensen

**Customers also bought**

these other items...

**Share your thoughts**

write a review

write a So You'd Like to... guide

e-mail a friend about this item

**RECENTLY VIEWED ITEMS**

 Jorgensen 8048 48" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen

▶ **See more in the Page You Made**

**Featured Item:**

# Jorgensen 8024 24" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp

Jorgensen



**Price: $32.99**

**Availability:** Usually ships within 2 to 3 days

This item ships for **FREE** with **Super Saver Shipping**. See details.

**Lowest Prices Guaranteed:** If you find a lower price on this item, we'll beat it by 10% of the difference.

See more pictures

**Features:**

- 90 degree parallel jaws
- 30% larger clamping surface than the competition
- Reversible head for spreader clamp feature
- Built-in clamp stand for easy adjustment
- 10% longer screw travel than the competition

**Amazon.com Sales Rank:** 1,295
**Note:** Giftwrapping not available for this item.
**Shipping:** Currently, item can be shipped only within the U.S.
**Shipping weight:** 3.5 pounds.
**ASIN:** B00005R1HN

**Annette, rate this item** to get personal recommendations.
**Average Customer Review:** ★★★★☆ Based on 3 reviews. Write a review.

**READY TO BUY?**

**Add to Shopping Cart**
or
Sign in to turn on 1-Click ordering.

**MORE BUYING CHOICES**

Get it for less! **Order it used**

Have one to sell? **Sell yours here**

**Add to Wish List**

**Add to Wedding Registry**
Don't have one?
We'll set one up for you.

EXHIBIT B



**Bessey KBK2440 Cabinet Door Kit**
Bessey

**Visit the Books Store**



The Complete Illustrated Guide to Furniture and Cabinet Construction by Andy Rae

**Favorite Magazines!**

Subscribe to home improvement magazines today.

**Great Deals on TurboTax 2002**



**TurboTax Center**

Buy TurboTax and get free stuff, including games, software, and more.

**Digital Camcorder Under $300**

## Customers who bought this item also bought these products:

- Jorgensen 8048 48" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen
- Jorgensen 8036 36" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen
- Jorgensen 8030 30" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen
- Jorgensen 8018 18" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen

▸ **Explore similar items**

## What's Your Advice?

Is there an item you'd recommend instead of or in addition to this one? Let the world know! Enter the item's ASIN (what's an ASIN?) in the box below, select advice type, then click Submit.

**I recommend:** [            ]    ⦿ in addition to this product     Submit
⚬ instead of this product

## Editorial Reviews
### From the Manufacturer
Introducing the NEW Cabinet Master 90 Degree Parallel Steel Bar Clamp. These new clamps are made for cabinet assembly with BIGGER and BETTER than average features that create an unbeatable clamp.

## Customer Reviews
Avg. Customer Review: ★★★★☆
**Write an online review** and share your thoughts with other customers.

1 of 1 people found the following review helpful:

★★★★★ **My favorite clamps**, November 28, 2002
Reviewer: **curtis_r (see more about me)** from San Francisco
In general, bar clamps are great, and the end of pipe clamps as far as I'm concerned. Pipe clamps roll all over the place (unless you have stabilizers), thus require a lot of finess to use more than 1 @ a time.

In contrast, bar clamps stand upright all by themselves. I own Bessy & Jorgensen & only notice 1 key difference between them: When you hold the bottom of the Bessy bar vertically, you have an excellent chance of the adjustable portion of the bar sliding rapidly down into your fingers - owch! I have not had the Jorgensen bar spontaneously slide freely into my fingers. This is important if you hang your clamps on a wall for storage.

Was this review helpful to you?    yes   no



Go digital for less with

the Sharp VL-NZ100U MiniDV--now just $299.99 after rebate.

1 of 1 people found the following review helpful:

★★★☆☆ **Good clamps; questionable quality**, October 29, 2002
Reviewer: **A home improvement enthusiast** from Seattle, WA United States
I've bought several of these clamps; two of them were permanently stuck closed, and no amount of banging and prying would make them open. On one that wasn't stuck, the casting that houses the stacked plates broke as I was tightening the screw. I'm no gorilla--I was just turning the handle with normal hand pressure, and POP, the whole thing came apart sending hunks of pot metal flying across the shop. To their credit, Jorgensen was very prompt in sending me a replacement with no questions asked. I just hope the breakage was a fluke...

In theory, these should be good clamps. My experience makes me concerned.

Was this review helpful to you? (yes) (no)

4 of 4 people found the following review helpful:

★★★★☆ **very nice clamps**, April 22, 2002
Reviewer: **woodrot (see more about me)** from Simsbury, Connecticut United States
I like these clamps becasue they are sturdy and have solid wooden handles that allow for tight clamping procedures. I have used them many times and the only knock I have on them is that they are a little to bulky for my liking, but in some cases this may be a plus. I have had no problems with damage to wood after clamping and no difficulty with glue binding to the clamp. I definitely recommend buying these clamps versus the many other brands that are out there. Basically, they are a good purcahse for the money.

Was this review helpful to you? (yes) (no)

## Listmania!

- Sawdust Junkie Stash: A list by daniland11, Router Enthusiast
- Woodshop Money Pit: A list by Ernest R. Ferraro, Lawyer Who Makes Dust

### Browse for Tools & Hardware in:

- Tools & Hardware > Brands > Jorgensen
- Tools & Hardware > Categories > Hand Tools > Clamps > Bar & Pipe Clamps

**Where's My Stuff?**
• Track your recent orders.
• View or change your orders in Your Account.
• See our animated demo!

**Shipping & Returns**
• See our shipping rates & policies.
• Return an item (here's our Returns Policy).

**Need Help?**
• Forgot your password? Click here.
• Redeem or buy a gift certificate.
• Visit our Help department.

Search  [Tools & Hardware ▦]  for  [                    ]  (GO!)

## Your Recent History
Learn More

**Recently Viewed Products**

 Jorgensen 8048 48" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen

**Recent Searches**

 In tools & hardware: clamp

• In All Products: clamp

**Customers who bought items in your Recent History also bought:**



 Jorgensen 8036 36" Cabinet Master 90 Degree Parallel Steel Master Bar Clamp Jorgensen

▸ **Visit the Page You Made**

### Annette Baca, make $238.23
### Sell your past purchases at Amazon.com today!

Text Only                                                                 Top of Page

**Browse Brands & Products | Top Sellers | Power Tools | Accessories | Free Catalog | Gift Ideas & Wedding Registry | Today's Deals | Outlet, Used & Reconditioned**

Amazon.com Home  |  Directory of All Stores

Our International Sites: Canada  |  United Kingdom  |  Germany  |  Japan  |  France

Help  |  Shopping Cart  |  Your Account  |  Sell Items  |  1-Click Settings

About Amazon.com  |  Join Our Staff

Conditions of Use | Updated Privacy Notice © 1996-2003, Amazon.com, Inc. or its affiliates

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2003-01-21 19:09:36 ET

**Serial Number:** 76264039

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** CABINET MASTER

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2002-11-12

**Filing Date:** 2001-05-30

**The Notice of Allowance Date is:** 2002-11-12

**Registration Date:** (DATE NOT AVAILABLE)

**Law Office Assigned:** TMO Law Office 114

**Attorney Assigned:**
DWYER SEAN W Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2003-01-06

---

## CURRENT APPLICANT(S)/OWNER(S)

1. ADJUSTABLE CLAMP COMPANY

**Address:**
ADJUSTABLE CLAMP COMPANY
417 North Ashland Ave.
Chicago, IL 60622
United States
**State or Country of Incorporation:** Illinois
**Legal Entity Type:** Corporation

---

## GOODS AND/OR SERVICES

Hand tools, namely clamps
**International Class:** 008
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

**Basis:** 1(b)

EXHIBIT C

## ADDITIONAL INFORMATION

**Disclaimer:** "CABINET"

## PROSECUTION HISTORY

2002-11-12 - Notice of allowance - mailed

2002-08-20 - Published for opposition

2002-07-31 - Notice of publication

2002-04-29 - Approved for Pub - Principal Register (Initial exam)

2002-04-11 - Examiner's amendment mailed

2002-02-11 - Communication received from applicant

2001-08-07 - Non-final action mailed

2001-07-26 - Case file assigned to examining attorney

## CONTACT INFORMATION

**Correspondent (Owner)**
John L. Alex (Attorney of record)

JOHN L. ALEX
COOK ALEX MCFARRON MANZO CUMMINGS ET AL
200 W ADAMS ST STE 2850
CHICAGO IL 60606-5206
United States